1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant FRANCISCO ANTONIO PADILLA

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
    UNITED STATES OF AMERICA,        )    No. CR 10-0893 MMC
12                                   )
           Plaintiff,                )
13                                   )    STIPULATION AND [PROPOSED]
                v.                   )    ORDER CONTINUING STATUS DATE
14                                   )    FROM JANUARY 26, 2011 TO
    FRANCISCO ANTONIO PADILLA,       )    FEBRUARY 2, 2011 AND EXCLUDING
15     a/k/a Francisco Rivera Padilla,)   TIME UNDER 18 U.S.C. § 3161
                                     )
16         Defendant.                )
                                     )
17

18     The parties are scheduled to appear before this Court on January 26, 2011 at 2:30 p.m. The

19  parties believe that a one week continuance will better enable the parties to determine how the

20  case will proceed in the future and thus request that the status appearance be continued by one

21  week to February 2, 2011 or to the next date convenient to the Court.

22     The parties also agree that the time between January 26, 2011 and February 2, 2011 (or the

23  next court date) should be excluded under the Speedy Trial Act; the continuance is necessary for

24  effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

25  justice served by granting such a continuance outweigh the best interests of the public and the

26  ///

27  ///

28  ///

STIP. & [PROPOSED] ORDER CONT. STATUS DATE, EXCL. TIME
CR 10-0893 MMC

1  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  SO STIPULATED:

3
                        MELINDA HAAG
4                         United States Attorney

5

6  DATED: January 24, 2011          _____/s/_____
                                      LOWELL C. POWELL
7                         Special Assistant United States Attorney

8

9  DATED: January 24, 2011          _____/s/_____
                                      SHAWN HALBERT
10                        Attorney for FRANCISCO ANTONIO PADILLA

STIP. & [PROPOSED] ORDER CONT. STATUS DATE, EXCL. TIME
CR 10-0893 MMC

[PROPOSED] ORDER

For the reasons stated above, the Court hereby continues the next court date in this matter from January 26, 2011 to February 2, 2011 and finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 26, 2011 to February 2, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: January 25, 2011

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

STIP. & [PROPOSED] ORDER CONT. STATUS DATE, EXCL. TIME
CR 10-0893 MMC